# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-

NOV 08 2017

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Michael EJones C/o Joyces & Maylan Hatchett
[You are the PLAINTIFF, print your full name on this line.]

v.

Residence of Merrillville Lakes
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  2   17CV424

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Residence of Merrillville Lakes Manager | 8400 Grant Circle Merrillville, Ind. 46410 |
| 2 | [Put the names of any other defendants in these boxes.] Tony Lamonia Oculus Developement, LLC | 1202 W. Monroe Street Chicago Ill 60607 |
| 3 |  |  |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__

2. What is your address? P.O. Box, 2432 Chicago Heights Ill 60412

3. What is your telephone number: (219) 680-6705

4. Have you ever sued anyone for these exact same claims?

   ◯ No.

   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. The Plaintiffs (Michael E. Jones c/o Joyce & Maylan Hatchatt) are seeking the refund of our security deposit from the Defendants (Residences of Merrillville Lake #55 and Over Apartment Complexe) at 8400 Grant Circle Merillville, Ind. 46410. The Plaintiffs (Michael E. Jones c/o Joyce Hatchett and Maylan Hatchett) at the time lived in Apt 205-C. The Defendent (Merrilleville Lakes), fasely accuse of Damages of the Apartement (at 8450 Grant Circle 205-C) After the Apartment was vacated by the Defendant (Michael E. Jones c/o Joyce Hatchatt & Maylan Hatchett) was left in normal condition. The Plaintffff's are seeking the full refund of there security deposit of the amount of $1,151.00.

I do have pictures of the apartment if needed

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____
_____

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

○ No.

● Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?
Full amount of the Security Depoit
_____
_____
_____
_____

**FILING FEE** – Are you paying the filing fee?

○ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. *[If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]*

● No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

*[Initial Each Statement]*

MEJ   I will keep a copy of this complaint for my records.
MEJ   I will promptly notify the court of any change of address.
MEJ   I declare **under penalty of perjury** that the statements in this complaint are true.

_____                             11- -2017
Signature                                                                                    Date

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Michael E Jones c/o Joyce & Maylan Hatchett
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Merrillville Lakes, Residence of
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

) Case No. _____
) *(to be filled in by the Clerk's Office)*
)
) Jury Trial: *(check one)*  ☐ Yes  ☐ No
)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Jones c/o Joyce & Maylan Hatchett |
| Street Address | P.O. Box 2432 Chicago Heights |
| City and County | Merrillville Lake County |
| State and Zip Code | Illinois 60412 |
| Telephone Number | 219-680-6705 |
| E-mail Address | N/A |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Residence of Merrillville Lakes Management
- Job or Title (if known):
- Street Address: 8800 Grant Circle
- City and County: Merrillville Lake
- State and Zip Code: Indiana, 46410
- Telephone Number:
- E-mail Address (if known): N A

Defendant No. 2
- Name: Tony Lamonia
- Job or Title (if known): Oculus Development LLC
- Street Address: 1202 W. Monroe Street
- City and County: Chicago Cook County
- State and Zip Code: Illinois 60607
- Telephone Number: 312-226-0606
- E-mail Address (if known): NA

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Page 2 of 5

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* **Michael Jones c/o Joyce & Maylan Hatchett**, is a citizen of the State of *(name)* **Indiana**.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11 - - 2017

Signature of Plaintiff: Michael E Jones c/o Joyce & Maylan Hatchett
Printed Name of Plaintiff: Michael E. Jones c/o Joyce & Maylan Hatchett

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* __Residence of Merrillville v Oakes__, is incorporated under the laws of the State of *(name)* __Indiana__, and has its principal place of business in the State of *(name)* __Indiana__.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__The Refund of our security deposit in the amount of $1,451.00__

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.