AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICHAEL E. JONES,
JOYCE HATCHATT and
MAYLAN HATCHATT
       Plaintiff(s)
    v.          **Civil Action No.**    2:17cv424

RESIDENCE OF MERRILLVILLE LAKES, Manager
and TONY LAMONIA, Oculus Development LLC
       Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of ____% plus post-judgment interest at the rate of ____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Complaint is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Joseph S. Van Bokkelen

DATE:  12/29/17         ROBERT TRGOVICH, CLERK OF COURT

                            by  s/Monica Clawson
                            *Signature of Clerk or Deputy Clerk*